UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| EDDIE CRAWFORD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:11-cv-300 |
| v. ) | |
| ) | Judge Mattice |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Lee |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

# **ORDER**

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections, and Defendant has responded to Plaintiff's objections. (Docs. 20-21).

The Court has reviewed the record *de novo*, including those portions of Magistrate Judge Lee's Report and Recommendation to which Plaintiff has objected. *See* Fed. R. Civ. Proc. 72(b). Plaintiff's objections raise no new arguments; instead, they are simply reiterations of issues he previously raised in his Motion for Summary Judgment on the Pleadings. (*See* Docs. 15-16, 20). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation, in which she fully addressed Plaintiff's arguments.

Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections (Doc. 20) are **OVERRULED**. Plaintiff's Motion for

Summary Judgment (Doc. 15) is **DENIED**.  Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED**.  The Commissioner's denial of benefits is **AFFIRMED,** and the instant action is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.


**SO ORDERED** this 3rd day of January, 2013.


      */s/ Harry S. Mattice, Jr.*
      HARRY S. MATTICE, JR.
      UNITED STATES DISTRICT JUDGE